

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-22723-CIV-MORENO
97-462-CR-MORENO

GUILLERMO QUINONES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner Guillermo Quinones's Petition for Writ of Audita Querela, Writ of Error, Pursuant to Title 28 United States Code § 1651 and Pursuant to the United States Supreme Court's Decision in United States v. Morgan, 364 U.S. 507, S.Ct. 247 (1954) **(D.E. No. 1)**, filed on **September 30, 2008**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 3)** on **October 6, 2008**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 3)** on **October 6, 2008** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to obtain

authorization pursuant to 28 U.S.C. § 2244(b)(3). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record